# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Chad Edward Hinds, **Debtor 1** | Chapter 13 |
| Coni Hinds, **Debtor 2** | Case No. 5:22–bk–02290–MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 31, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: July 14, 2023

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Chad Edward Hinds<br>**Debtor 1**<br>Coni Hinds<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 5:22-BK-02290-MJC<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, July 14, 2023, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-5
Case 5:22-bk-02290-MJC
Middle District of Pennsylvania
Wilkes-Barre
Thu Feb  9 16:41:27 EST 2023

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express National Bank, c/o Zwicker
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

Lakeview Loan Servicing, LLC
P.O. Box 619096
Dallas, TX 75261-9096

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial, Inc.
Ally Detroit Center
500 Woodward Avenue
Detroit, MI 48226-3416

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Bank of America, NA
PO Box 982238
El Paso, TX 79998-2238

Capital One Bank / Kohl's
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank, NA
PO Box 6241
Sioux Falls, SD 57117-6241

GEISINGER
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Goldman Sachs Bank USA
PO Box 70379
Philadelphia, PA 19176-0379

Hilton Grand Vacations
6335 Metro West Boulevard #180
Orlando, FL 32835

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
4425 Ponce DeLeon Boulevard
Mail Stop MS 5-251
Miami, FL 33146-1837

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

LendingClub Corporation
71 Stevenson Street Suite 300
San Francisco, CA 94105-2985

Patenaude & Felix, APC
2400 Ansys Drive, Suite 402
Canonsburg, PA 15317-0403

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

South Carolina Federal Credit Union
PO Box 190012
North Charleston, SC 29419-9012

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

Synchrony Bank
c/o PRA Receivable Management, LLC
PO Box 41021
Norfolk, VA 23541-1021
DUPLICATE

Synchrony Bank / Care Credit
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
DUPLICATE

Synchrony Bank / PayPal Extras
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
DUPLICATE

Synchrony Bank / Sam's Club
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
DUPLICATE

TD Bank USA / Icon
2222 North LaSalle Street
Chicago, IL 60601

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722
ELECTRONIC

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438
DUPLICATE

Zwicker & Associates, PC
3220 Tillman Drive, Suite 11
Bensalem, PA 19020-2028
DUPLICATE

Chad Edward Hinds
142 Hollow Road
Catawissa, PA 17820-7808

Coni Hinds
142 Hollow Road
Catawissa, PA 17820-7808

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625
ELECTRONIC

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706
ELECTRONIC

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card
PO Box 15298
Wilmington, DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Lakeview Loan Servicing, LLC

End of Label Matrix
Mailable recipients    43
Bypassed recipients     2
Total                  45