United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Chad Edward Hinds<br>Coni Hinds<br>    Debtors | Case No. 22-02290-MJC<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Chad Edward Hinds, Coni Hinds, 142 Hollow Road, Catawissa, PA 17820-7808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Coni Hinds pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | |

on behalf of Debtor 1 Chad Edward Hinds pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Chad Edward Hinds<br>**Debtor 1**<br>Coni Hinds<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 5:22-BK-02290-MJC<br><br>**Matter:** Motion to Convert |

## ORDER OF COURT

UPON CONSIDERATION of Debtor(s)' Motion to Convert and any objections thereto, IT IS ORDERED THAT:

1. This Chapter 13 case is converted to a case under Chapter 7;

2. The Standing Chapter 13 Trustee, within 30 days of the date of this Order, shall file:

    a. an account of all receipts and disbursements made in the Chapter 13 case; and

    b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The Standing Chapter 13 Trustee forthwith shall turn over to Debtor(s) all records and property of the estate remaining in the Trustee's custody and control;

4. The Standing Chapter 13 Trustee or any other party entitled to compensation may, within 30 days of the date of this Order, file an application for compensation and reimbursement of expenses; and

5. Debtor(s), within 15 days from the date of this Order, shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed, as well as any other appropriate amendments or documents.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 11, 2023