United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02290-MJC |
| Chad Edward Hinds | Chapter 7 |
| Coni Hinds | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Feb 02, 2024      Form ID: 318      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad Edward Hinds, Coni Hinds, 142 Hollow Road, Catawissa, PA 17820-7808 |
| 5508447 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5508451 | | Hilton Grand Vacations, 6335 Metro West Boulevard #180, Orlando, FL 32835 |
| 5508455 | + | Patenaude & Felix, APC, 2400 Ansys Drive, Suite 402, Canonsburg, PA 15317-0403 |
| 5508460 | | TD Bank USA / Icon, 2222 North LaSalle Street, Chicago, IL 60601 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Feb 02 2024 18:41:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2024 18:40:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | EDI: PRA.COM | Feb 02 2024 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5509542 | + | EDI: AISACG.COM | Feb 02 2024 23:42:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5519954 | + | EDI: AISACG.COM | Feb 02 2024 23:42:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5508444 | + | EDI: GMACFS.COM | Feb 02 2024 23:42:00 | Ally Financial, Inc., Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5508445 | + | Email/PDF: bncnotices@becket-lee.com | Feb 02 2024 18:49:18 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5514903 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2024 18:49:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5509571 | + | Email/Text: bkfilings@zwickerpc.com | Feb 02 2024 18:41:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5513554 | | EDI: BANKAMER | Feb 02 2024 23:42:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5508446 | | EDI: BANKAMER | Feb 02 2024 23:42:00 | Bank of America, NA, PO Box 982238, El Paso, TX 79998-2238 |
| 5508449 | + | EDI: CITICORP | Feb 02 2024 23:42:00 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5518367 | | Email/Text: BNCnotices@dcmservices.com | Feb 02 2024 18:40:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MN 55440-1123 |
| 5508450 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 02 2024 18:40:00 | Goldman Sachs Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5508452 | + | EDI: IRS.COM | Feb 02 2024 23:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5520104 | | EDI: JEFFERSONCAP.COM | Feb 02 2024 23:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5508448 | | EDI: JPMORGANCHASE | Feb 02 2024 23:42:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5512037 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 02 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5543739 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 18:49:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543740 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 18:49:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5517446 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 18:49:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5508453 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2024 18:40:00 | Lakeview Loan Servicing, LLC, 4425 Ponce DeLeon Boulevard, Mail Stopo MS 5-251, Miami, FL 33146-1837 |
| 5518370 | + | EDI: LENDNGCLUB | Feb 02 2024 23:42:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 5508454 | + | EDI: LENDNGCLUB | Feb 02 2024 23:42:00 | LendingClub Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5509812 | + | EDI: PENNDEPTREV | Feb 02 2024 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5509812 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5508456 | + | Email/Text: lpbankruptcy@scfederal.org | Feb 02 2024 18:40:00 | South Carolina Federal Credit Union, PO Box 190012, North Charleston, SC 29419-9012 |
| 5508701 | + | EDI: PRA.COM | Feb 02 2024 23:42:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520629 | | EDI: AIS.COM | Feb 02 2024 23:42:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5508457 | | EDI: SYNC | Feb 02 2024 23:42:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5508458 | | EDI: SYNC | Feb 02 2024 23:42:00 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5508459 | | EDI: SYNC | Feb 02 2024 23:42:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5518080 | | EDI: AIS.COM | Feb 02 2024 23:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5517745 | | EDI: WFFC2 | Feb 02 2024 23:42:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5508461 | + | EDI: WFFC2 | Feb 02 2024 23:42:00 | Wells Fargo Card Services, PO Box 10438, MAC |

| | | | |
|---|---|---|---|
| 5508462 | + Email/Text: bkfilings@zwickerpc.com | | F8235-02F, Des Moines, IA 50306-0438 |
| | | Feb 02 2024 18:41:00 | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5520209 | | Lakeview Loan Servicing, LLC |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Coni Hinds pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Chad Edward Hinds pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Chad Edward Hinds<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5639<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Coni Hinds<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6340<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:22-bk-02290-MJC | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Chad Edward Hinds                                 Coni Hinds

**By the court:**

2/2/24

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**